**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **3H202, LLC** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | Civil No. 1:20cv241-HSO-JCG |
| | § | |
| | § | |
| **PHLIGHT PHARMA, LLC,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action

is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 18th day of August, 2020.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE